UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE,                                    :
                                             :
                Plaintiff,          :        **1:18-cv-2511 (GHW)(GWG)**
    -against-                               :
                                             :
CANON U.S.A., Inc.,                          :
                                             :
                Defendant.          :
------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Order of the Honorable Gregory H. Woods dated March 22, 2018, and the accompanying (1) memorandum of law in support of this motion, (2) the Declaration of Laurie Berke-Weiss, Esq., and exhibit annexed thereto, and (3) the pleadings and records on file in this action, Plaintiff moves this Court for an Order to allow her to file her complaint and proceed in this action pseudonymously.

Dated: New York, New York
       March 28, 2018

                                                                       Respectfully submitted,

                                                                       BERKE-WEISS LAW PLLC

                                                                       By: */s/ Laurie Berke-Weiss*
                                                                       Laurie Berke-Weiss
                                                                       950 Third Avenue, 32nd Floor
                                                                       New York, NY 10022
                                                                       Phone: (212) 888-2680
                                                                       laurie@berkeweisslaw.com

                                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Laurie Berke-Weiss, hereby certify that a true and correct copy of Plaintiff Jane Doe's Notice of Motion, Memorandum of Law in Support of the Motion, Declaration of Laurie Berke-Weiss, Esq., and exhibit annexed thereto, were filed electronically and served on Defendant on this 28th day of March, 2018 via the Court's ECF/CM system.

*/s/ Laurie Berke-Weiss*
Laurie Berke-Weiss