UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JANE DOE,

        Plaintiff,

-v-

CANON U.S.A., INC.,

        Defendant.

Case No. 1:18-CV-2511-GHW/GWG

------------------------------------------------------------- X

## AFFIDAVIT OF MELISSA RAPHAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF MINNESOTA   )
                                )
COUNTY OF HENNEPIN  )

Melissa Raphan, being duly sworn, states as follows:

1. I am a partner at the law firm of Dorsey & Whitney LLP, and I am one of the attorneys representing Canon U.S.A., Inc. ("Canon") in this matter.

2. I submit this Affidavit in connection with my motion to appear pro hac vice in this matter.

3. I am admitted to practice law in the state of Minnesota and in the Commonwealth of Massachusetts and am a member in good standing of the bars of those jurisdictions.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me before the bar of any court.

_____
Melissa Raphan

Subscribed and sworn to before me
This 5th day of April, 2018.

_____
Notary Public

LORI A KAEMMER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2023