```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/09/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
JANE DOE,                                                     :
:
                    Plaintiff,                 :
:
                 -v-                                 :       1:18-cv-2511-GHW
:
CANON U.S.A. INC.,                                            :       ORDER
:
                   Defendant(s).              :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated during the telephone conference held on April 6, 2018, Plaintiff's motions for leave to file certain documents with redactions and to proceed anonymously, Dkt. Nos. 4 & 6, are denied. Plaintiff is directed to refile her complaint under her name, and without redactions, no later than April 10, 2018.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 4, 6, & 12.

      SO ORDERED.

Dated: April 7, 2018
       New York, New York

                                                                  _____
                                                                      GREGORY H. WOODS
                                                                   United States District Judge