# EXHIBIT C

  

**Brian**

business at home. See you tomorrow!

No bother!

Call me when you land. Miss you!

Mon, May 16, 10:59 AM

Hi 😀. Just arrived. Waiting for my gate checked bag.

Are you here? My room is not ready.

> Can I store my bags in your room.

    

●●●○○ Verizon LTE    2:27 PM

 2        

Brian

Thu, Apr 7, 2:39 PM

This blows...how are you doing back there?

> Yeah. Ok in the Exit row 😀

> I'm bored.

Want to dirty text 😜

Mud, rocks, sticks, stones.

Huh...I had something else in mind

    



  

Brian

Huh...I had something else in mind

mind.



FYI. We just got our dinner approval for tonight.

This still isn't what I had in mind. Let's try the rhyme game. I say I say Rex, you say _ex. I say show me, you say __ow me. Okay,

    



●●○○ Verizon LTE   2:28 PM

**BD**
Brian

> Got u r message about Mark. Call over the weekend if you want to discuss.

Glad to hear he's ok. Don't want to bother you this weekend so we can tom on Monday. Stuck in Milwaukee tonight. What a glamorous life I

lead 😜! Miss you!

> Ugh! Hope you r at least out with Mark!

•••• Verizon LTE    2:31 PM

‹ 2                BD
                  Brian



Sat, Feb 6, 3:25 AM

Let me know that you're in your room please

Sat, Feb 6, 9:12 AM

> Morning. I'm at breakfast. No Aaron sighting yet.

    

●●○○ Verizon LTE    2:35 PM

  

Brian

I will ask her

**Why is Sandra putting that in? Shouldn't that be you?**

> It's a piece of the annual sponsorship which includes trade show. She said she was putting it in.

> FYI I spoke to Shanon. We have tol the end of year.

> I am sorry    Need

••oo Verizon LTE 2:35 PM

Brian

...putting it in.

FYI I spoke to Shanon. We have tol the end of year.

I am sorry ... Need your advice with this. It was not circulated last week. I am trying not to do

> everything myself. What do you suggest I do?

Tue, Dec 15, 7:45 PM

    

●●○○ Verizon LTE    2:35 PM

  

Brian

day Ben Stein

> What do you think if we bring them into our unveiling

> tours?

> Show new revenue

Is golden circle approved?

> Need to ask Sandra. She was submitting the request last week.

> I will ask her

  

## Brian

Mon, Dec 14, 8:04 PM





   iMessage 

●○○○○ Verizon LTE    2:37 PM

 2        

Brian

Thu, Dec 3, 3:35 PM

Do you think we're good to wear jeans tonight?



Yes!

how about

underwear?

Ugh!

too much?

i'm bored

You on the call still?

    

●●○○ Verizon LTE    2:42 PM





Brian 

at my hotel

Be there in a couple

Sep 26, 2015, 11:14 PM

Are you still up for a drink tonight?

I am too tired. My body needs sleep.

Sounds good. Let's say we meet downstairs at 9:30 in the morning.

Agreed!

