UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

FRANCES CICOGNA,

        Plaintiff,

-v-

CANON U.S.A., INC.,

        Defendant.

1:18-CV-2511-GHW

------------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Frances Cicogna and Defendant Canon U.S.A., Inc., hereby stipulate that the above-captioned action is dismissed with prejudice and without costs pursuant to pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees.

SO STIPULATED AND AGREED.

Dated: Dec 7, 2018

**BERKE-WEISS LAW PLLC**

By: _____
Laurie Berke-Weiss
Rosa Aliberti
950 Third Avenue, 32nd, Floor
New York, NY 10022
Tel: (212) 888-2680
laurie@berkeweisslaw.com
rosa@berkeweisslaw.com

**PHILLIPS & ASSOCIATES, PLLC**

By: _____
Marjorie Mesidor
Joan López
45 Broadway, Suite 620
New York, NY 10006
Tel: (646) 452-9493
mmesidor@tpglaws.com
jlopez@tpglaws.com

*Attorneys for Plaintiff Frances Cicogna*

Dated: 12/27, 2018

**DORSEY & WHITNEY LLP**

By: _____
Amanda M. Prentice (AP-0505)
prentice.amanda@dorsey.com
51 West 52nd Street
New York, New York 10019
Tel: (212) 415-9200
Fax: (212) 953-7201

Melissa Raphan (admitted *pro hac vice*)
raphan.melissa@dorsey.com
John T. Sullivan (admitted *pro hac vice*)
sullivan.jack@dorsey.com
50 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2777

*Attorneys for Defendant Canon U.S.A., Inc.*

SO ORDERED.

Dated: _____            _____
       New York, New York                                  GREGORY H. WOODS
                                                          United States District Judge

2